UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MICHAEL D. WHALEY, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| vs. | § | Civil Action No. 3:22-CV-1638-B-BH |
| | § | |
| ZURICH AMERICAN INSURANCE CO., TEXAS DEPARTMENT OF INSURANCE– DIVISION OF WORKERS' COMPENSATION, and C.B.C.S. | § § § § § § | |
| | § | |
| *Defendants.* | § | |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. By separate judgment, the federal law claims against the defendants will be **DISMISSED with prejudice** under 28 U.S.C. § 1915(e)(2)(B), and any state law worker's compensation claims will be **DISMISSED without prejudice** for lack of subject-matter jurisdiction.

SIGNED this 7th day of November, 2023.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE